## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON L. CALLIER,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  3:25-CV-00047-LS |
| | § | |
| **VANGUARD ALLIANCE GROUP,** | § | |
| **LLC, A FLORIDA LIMITED** | § | |
| **LIABILITY COMPANY; WILLIAM** | § | |
| **CHUNG, TABITHA CHUNG, UNITED** | § | |
| **ALLIANCE GROUP, INC., A** | § | |
| **FLORIDA CORPORATION,** | § | |
| | § | |
| *Defendants.* | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT

Plaintiff Brandon Callier moves for default judgment against Defendant Vanguard Alliance Group, LLC, on his Telephone Consumer Protection Act ("TCPA") and Texas Business and Commerce Code ("TBCC") claims. The Court referred the motion to the Honorable Anne T. Berton for report and recommendation,[1] who recommended that the Court grant the motion for default judgment and award Plaintiff damages totaling $27,905.00 on counts one and two of the complaint including $2,500.00 in statutory damages under the TCPA, $25,000.00 under the TBCC, and $405.00 in court costs.[2] No party has objected to any aspect of the recommendation.

The Court **ADOPTS** the report and recommendation of the Magistrate Judge, **GRANTS** Plaintiff's motion for default judgment against Defendant Vanguard Alliance Group, LLC, [ECF

---

[1] ECF No. 24.

[2] *Id.* at 14.

No. 22] **DISMISSES** Defendant William Chung,[3] and **AWARDS** Plaintiff damages totaling

$27,905.00 for his TCPA claim, TBCC claim, and court costs.

       **SO ORDERED**.

       **SIGNED** and **ENTERED** on April 14, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[3] *Id.* at 6–7 ("Plaintiff states in his Motion . . . that he has decided to voluntarily dismiss William Chung without prejudice. . . . [T]he referring court may liberally construe *pro se* Plaintiff's assertions as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), as William Chung has not filed an answer or motion for summary judgment.").